# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

*U.S. District Court*
*Wisconsin Eastern*
**NOV 20 2019**
FILED
Stephen C. Dries, Clerk

In the Matter of the Search of: )
)
A SEARCH WARRANT FOR THE RESIDENCE LOCATED )
AT: ) Case No. 19 m 757
)
N5640 STATE HIGHWAY 76, FIRST FLOOR UNIT, ALSO )
REFERRED TO AS APT #1, SHIOCTON, WI 54170 )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

See Attachment A, incorporated herein.

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B, incorporated herein.

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE _November 30, 2019_ *(not to exceed 14 days)*
☒ in the daytime between 6:00 a.m. and 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge James R Sickel.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for _____ days (not to exceed 30)        ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _11/15/19  9:50 Am_      _[signature]_
                                                    *Judge's signature*

City and State: _Green Bay, Wisconsin_        James R Sickel, United States Magistrate Judge
                                                    *Printed Name and Title of Judicial Officer*

# RETURN

| Case No.<br>19 – M - 757 | Date and time Warrant executed<br>November 19, 2019<br>~10:10 AM | Copy of warrant and inventory left with:<br>Jerad Walker at N5640 State Highway 76, Shiocton, WI 54170 |

Inventory made in the presence of
Michael Radens, Special Agent, Homeland Security Investigations (HSI)

Inventory of person or property taken and name of any person(s) seized:

See attached Search Warrant Inventory (6 items seized).

# CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/20/19

*(Executing officer's signature)*

Derik Thieme, US Postal Inspector
*(Printed name and title)*

Subscribed, sworn to, and returned before me this date.

*(U.S. Judge or Magistrate Judge)*

11/20/19
*(Date)*

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____/_____

Subject Name: Jerad Walker  Date: 11/19/19

Subject Address: N5640 State Highway 76, Shiocton, WI 54170  Floor/Room No. _____

Inspector(s): DM Thieme  Case No. 2790990-PMN

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Shelf: _____ Table: _____ Wall: _____ Other: _____

| | QUANTITY | DESCRIPTION OF ITEMS | Room |
|---|---|---|---|
| M.R. | 1 | USPS Priority 9505 5135 6462 9318 4717 18 with Tramadol pks | D |
| M.R | 1 | Green Dot 1 - 4250 3200 2181 3341 | D |
| M.R | 1 | Green Dot PT Gift Card 5166 2900 2169 2906 | D |
| M.R | 1 | Gift Card 5166 2900 2169 2898 | D |
| J.G. | | 2 Blister Packs Tramadol (4) | G |
| J.G | 1 | Toshiba Chromebook s/n xxxx3961C | B |

DISTRIBUTION OF COPIES:
White- U.S. Magistrate (Return with Warrant)
Yellow- Inspector (Attach to PS Form 714)
Pink- Subject Searched
Green- Evidence Control Officer (Attach to PS Form 714)

Page 1 of 1 pages

PS Form 8164, October 1995

Case 1:19-mj-00757-JRS   Filed 11/20/19   Page 3 of 3   Document 2